Joseph E. Addiego III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:            joeaddiego@dwt.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.,
DEUTSCHE BANK NATIONAL TRUST COMPANY, and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. HORTON and DELINDA L. HORTON,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A. f/k/a WASHINGTON MUTUAL BANK; J.P. MORGAN BANK, N.A. a corporation and as successor in interest to WASHINGTON MUTUAL BANK; CHASE HOME FINANCE, LLC, a Subsidiary of J.P. MORGAN CHASE a Limited Liability Corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for Long Beach Mortgage Loan Trust; FREMONT INVESTMENT AND LOAN; CALIFORNIA RECONVEYANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) and DOES 1 – 50, inclusive, all persons unknown claiming to have legal, equitable, lien and estate against the subject property located at 553-5th Street, Vallejo, California 94590, APN: 061-053-080,<br><br>　　　　　　　Defendants. | Case No. 3:15-cv-05322-JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS JPMORGAN CHASE BANK, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)** |

On November 20, 2015, Defendants JPMORGAN CHASE BANK, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. removed this matter from state court;

Pursuant to Federal Rule of Civil Procedure 81, Defendants' deadline to respond to the complaint would be November 30, 2015; and

Defendants require additional time to investigate the allegations in the complaint;

NOW THEREFORE, Plaintiff and Defendants HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The deadline for Defendants JPMORGAN CHASE BANK, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. to answer, move, or otherwise respond to Plaintiffs' complaint shall be extended up to and including December 15, 2015.

2. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED this 24th day of November 2015.

DAVIS WRIGHT TREMAINE LLP

By: /s/ Joseph E. Addiego III
Joseph E. Addiego III
Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.,
DEUTSCHE BANK NATIONAL TRUST
COMPANY, and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

DATED this 30th day of November 2015.

By: _____
John C. Horton

DATED this 30th day of November 2015.

By: _____
Delinda L. Horton

Dated 12/2/15
IT IS SO ORDERED
Judge Joseph C. Spero

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO.: 3:15-cv-05322-JCS
DWT 28417741v1 0016234-000440