UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN C HORTON, et al.,

    Plaintiffs,

  v.

JPMORGAN CHASE BANK, N.A., et al.,

    Defendants.

Case No. 15-cv-05322-WHO

**ORDER CONTINUING DEADLINES**

Re: Dkt. No. 17

In light of the ADR Phone Conference held on December 21, 2015, the Court is continuing the deadlines on the pending motion to dismiss, Dkt. No. 17, for 60 days to allow plaintiffs time to attempt to secure counsel. The deadlines are reset as follows:

    **Plaintiffs' Response:**    2/29/2016

    **Defendants' Reply:**    3/7/2016

The hearing on the motion is reset for March 23, 2016 at 2:00PM in Courtroom 2, 17th Floor.

    **IT IS SO ORDERED**.

Dated: December 22, 2015



WILLIAM H. ORRICK
United States District Judge