Joseph E. Addiego III (CA State Bar No. 169522)
Mary McNeill (CA State Bar No. 261500)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:           joeaddiego@dwt.com
                    marymcneill@dwt.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.,
DEUTSCHE BANK NATIONAL TRUST COMPANY, and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. HORTON and DELINDA L. HORTON,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>JPMORGAN CHASE BANK, N.A. f/k/a WASHINGTON MUTUAL BANK; J.P. MORGAN BANK, N.A. a corporation and as successor in interest to WASHINGTON MUTUAL BANK; CHASE HOME FINANCE, LLC, a Subsidiary of J.P. MORGAN CHASE a Limited Liability Corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for Long Beach Mortgage Loan Trust; FREMONT INVESTMENT AND LOAN; CALIFORNIA RECONVEYANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) and DOES 1 – 50, inclusive, all persons unknown claiming to have legal, equitable, lien and estate against the subject property located at 553-5th Street, Vallejo, California 94590, APN: 061-053-080,<br><br>　　　　　　Defendants. | Case No. 3:15-cv-05322-WHO<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CASE MANAGEMENT ORDER 1(D)** |

On November 20, 2015, Defendants JPMORGAN CHASE BANK, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. removed this matter from state court, and on December 21, 2015, the Court held an ADR phone conference with the Parties and agreed to continue the deadlines on Defendants' pending Motion to Dismiss for 60 days to allow Plaintiffs time to attempt to secure counsel;

The hearing on Defendants' Motion to Dismiss is scheduled for March 23, 2016 at 2:00 p.m.;

Pursuant to the Court's Case Management Order, the Initial Case Management Conference is scheduled for February 23, 2016 at 2:00 p.m.;

The Parties have met and conferred and stipulate to continue the Initial Case Management Conference to the same day as the hearing on Defendants' Motion to dismiss, March 23, 2016, in order to consolidate the Parties' court appearances into one day; and

NOW THEREFORE, Plaintiff and Defendants HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The Initial Case Management Conference currently scheduled for February 23, 2016 at 2:00 p.m. shall be continued to March 23, 2016 at a time to be determined by the Court.

IT IS SO STIPULATED.

DATED this 12th day of February 2016.

    DAVIS WRIGHT TREMAINE LLP

    By: /s/ Mary McNeill
        Mary McNeill
    Attorneys for Defendants
    JPMORGAN CHASE BANK, N.A.,
    DEUTSCHE BANK NATIONAL TRUST
    COMPANY, and MORTGAGE ELECTRONIC
    REGISTRATION SYSTEMS, INC.

DATED this 12th day of February 2016.

    By: /s/ John C. Horton
        John C. Horton

DATED this 12th day of February 2016.

    By: /s/ Delinda L. Horton
        Delinda L. Horton

## ATTESTATION

I, Mary H. McNeill, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

/s/ *Mary H. McNeill*
Mary H. McNeill

## ORDER

It is so ordered.

Date: February 16, 2016

[signature]

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO.:  3:15-cv-05322-WHO