Joseph E. Addiego III (CA State Bar No. 169522)
Mary McNeill (CA State Bar No. 261500)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:      (415) 276-6500
Facsimile:       (415) 276-6599
Email:             joeaddiego@dwt.com
                       marymcneill@dwt.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.,
DEUTSCHE BANK NATIONAL TRUST COMPANY, and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. HORTON and DELINDA L. HORTON,<br><br>              Plaintiffs,<br><br>      v.<br><br>JPMORGAN CHASE BANK, N.A. f/k/a WASHINGTON MUTUAL BANK; J.P. MORGAN BANK, N.A. a corporation and as successor in interest to WASHINGTON MUTUAL BANK; CHASE HOME FINANCE, LLC, a Subsidiary of J.P. MORGAN CHASE a Limited Liability Corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for Long Beach Mortgage Loan Trust; FREMONT INVESTMENT AND LOAN; CALIFORNIA RECONVEYANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) and DOES 1 – 50, inclusive, all persons unknown claiming to have legal, equitable, lien and estate against the subject property located at 553-5th Street, Vallejo, California 94590, APN: 061-053-080,<br><br>              Defendants. | Case No. 3:15-cv-05322-WHO<br><br>**DEFENDANTS' JPMORGAN CHASE BANK, N.A.,  DEUTSCHE BANK, AND MERS'S REQUEST FOR DISMISSAL AND ORDER OF DISMISSAL** |

1  On March 23, 2016, this Court granted Defendants' Motion to Dismiss Plaintiffs' Complaint
2  and gave Plaintiffs sixty (60) days from the date of that Order to amend their complaint (Dkt.
3  No. 28).  It has been over 60 days since the Court's Order, and Plaintiffs have not filed or served an
4  amended complaint.  As such, Defendants respectfully request the Court dismiss this case in its
5  entirety with prejudice.

6  In light of plaintiffs' failure to amend or otherwise prosecute this case, the Court dismisses
7  Plaintiffs' Complaint in its entirety with prejudice.

8  IT IS SO ORDERED.

10  DATED: June 10, 2016

WILLIAM H. ORRICK
United States District Judge

DAVIS WRIGHT TREMAINE LLP

**REQUEST FOR DISMISSAL AND ORDER OF DISMISSAL**
Case No. 3:15-cv-05322-WHO
DWT 29722192v1 0036234-000440